IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLIE REED,

    Plaintiff,

v.                                                       No. 2:20-cv-00131-KWR-GJF

CURRY COUNTY DETENTION CENTER, *et al*,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court following Plaintiff's failure to prosecute his Amended Civil Rights Complaint (Doc. 9). Plaintiff filed this proceeding while detained at the Curry County Detention Center (CCDC) in Clovis, New Mexico. The CCDC inmate locator website reflects Plaintiff is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* http://lookup.curryjail.com:8282/. By an Order to Show Cause entered April 7, 2022, the Court directed Plaintiff to update his address within thirty days. *See* Doc. 10. The Order warned that the failure to timely comply will result in dismissal of this action without further notice.

Plaintiff did not update his address by the May 7, 2022 deadline, and the Order to Show Cause was returned as undeliverable with the notation: "Addressee not here." *See* Doc. 11. Accordingly, the Court will dismiss the Amended Complaint (Doc. 9) without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and comply with court orders. *See Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003) ("Rule [41] … permit[s] courts to dismiss actions *sua sponte* for a plaintiff's failure to … comply with [civil rules and] court orders.").

**IT IS ORDERED** Plaintiff Charlie Reed's Amended Civil Rights Complaint (**Doc. 9**) is

**DISMISSED WITHOUT PREJUDICE**; and the Court will enter a separate judgment closing the civil case.

    **IT IS SO ORDERED.**

    _____
    **KEA W. RIGGS**
    **UNITED STATES DISTRICT JUDGE**