IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLIE REED,

    Plaintiff,

v.                                                                                No. 2:20-cv-00131-KWR-GJF

CURRY COUNTY DETENTION CENTER, *et al*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 12**) filed **May 12, 2022**, the Court issues its separate judgment finally disposing of this civil case.

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                                           **KEA W. RIGGS**
                                                                           **UNITED STATES DISTRICT JUDGE**